# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Judith A. Lockhart
Partner

Direct Dial: 212-238-8603
E-mail: lockhart@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2730

December 20, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

**BY EMAIL (CrottyNYSDChambers@nysd.uscourts.gov)**

Hon. Paul A. Crotty, U.S.D.J.
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York, NY 10007

Re: Sexton -v- Dellacato – 12 Civ. 8984 (PAC) – Joint Request for an Adjournment

Dear Judge Crotty:

We are in the process of being retained to represent David Dellacato, the named defendant in the above referenced matter. Mr. Dellacato was served with a third-party subpoena in connection with an arbitration. This matter apparently challenges the sufficiency of Mr. Dellacato's production.

The summons and complaint and the order to show cause were served on Mr. Dellacato on December 14, 2012. The summons indicated that he had 21 days to respond. Mr. Dellacato was focused on the summons response date and did not understand that he was required to submit a response to the order to show cause on December 19th. We apologize for Mr. Dellacato's error.

We have conferred with counsel for plaintiff, and he has agreed to extend the time for Mr. Dellacato to respond to the order to show cause to Wednesday, January 2, 2013. Counsel for both parties are available for a hearing on the order to show cause on either January 9 or 10, 2013, at 3:30 p.m. or later, and the parties respectfully request that the Court adjourn the hearing date accordingly. Counsel for both parties have also agreed to extend the time for Mr. Dellacato to respond to the complaint until February 4, 2013.

Applications granted, and the hearing is adjourned to 01/09/13 @ 3:30 PM in Courtroom 11-D.

SO ORDERED:  12-21-12

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

7130144.3

Hon. Paul A. Crotty, U.S.D.J.                                                                                          -2-

      Your approval is respectfully requested.

                                                          Respectfully submitted,

                                                          Judith A. Lockhart

JAL:arp

cc:    Marlon Ovalles, Courtroom Deputy
       Courtroom 11-D
       United States District Court
       Southern District of New York
       500 Pearl Street
       New York, NY 10007
       Email: Marlon_Ovalles@nysd.uscourts.gov

       Leslie Trager, Esq.
       230 Park Avenue
       10th Floor
       New York, NY 10169
       (212) 721-1192
       Email: tragerlaw@gmail.com

7130144.3