

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

BRYAN SEXTON,
          Plaintiff(s),

-against-

DAVID DELLACATO,
          Defendant(s).
-------------------------------------------------X

Civil Action No. 12 CV 8984

AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT   )
          S.S.:
COUNTY OF HARTFORD    )

      **ERIC RUBIN**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

      That on the 14th day of December, 2012, at approximately the time of 3:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, ORDER TO SHOW CAUSE, MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL PRODUCTION AND CONTEMPT, AND COMPLAINT** upon **DAVID DELLACATO** c/o MKM Partners at 300 First Stamford Place, Stamford, CT 06902 by personally delivering and leaving the same with DAVID DELLACATO at that address. At the time of service, deponent asked DAVID DELLACATO if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      DAVID DELLACATO is a white male, approximately 43 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 175 pounds with brown hair.

**ERIC RUBIN**

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

Sworn to before me this
17 day of December, 2012

NOTARY PUBLIC    8/31/2014

