Judith A. Lockhart
Andriy R. Pazuniak
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Defendant David Dellacato*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRYAN SEXTON,

    Plaintiff,     Index No. 12 Civ. 08984 (PAC)

  - against -

DAVID DELLACATO,

    Defendant.
------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel in the above-captioned action for David Dellacato.

I certify that I am admitted to practice before this Court.

Dated: January 2, 2013

              CARTER LEDYARD & MILBURN LLP

              By: _____
              Judith A Lockhart
              lockhart@clm.com
              Two Wall Street
              New York, New York 10005
              (212) 732-3200
              (212) 732-3232 (fax)