Judith A. Lockhart
Andriy R. Pazuniak
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Defendant David Dellacato*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRYAN SEXTON,

               Plaintiff,               Index No. 12 Civ. 08984 (PAC)

              - against -

DAVID DELLACATO,

               Defendant.
---------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in the above-captioned action for David Dellacato.

I certify that I am admitted to practice before this Court.

Dated:  January 2, 2013

                                          CARTER LEDYARD & MILBURN LLP

                                          By: _____
                                                Andriy R. Pazuniak
                                                pazuniak@clm.com
                                                Two Wall Street
                                                New York, New York 10005
                                                (212) 732-3200
                                                (212) 732-3232 (fax)